UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-11504-JLS-DFM                                Date: June 12, 2026
Title: Jasen Cheatham v. Equifax Information Services, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|     Kelly Davis     |        N/A        |
| :---: | :---: |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                       Attorneys Present for Defendant:

Not Present                                                     Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 17, 2026, the Court granted the parties' Stipulation to file a First Amended Complaint ("FAC") (Doc. 26), and ordered that the amended complaint be filed within seven days of the order (Doc. 28).  The attachment of the FAC to the Stipulation is not enough satisfy the requirement that he "file" the FAC; Plaintiff must now file the FAC as a separate docket entry.

To date, Plaintiff has not done so.  Plaintiff is advised that the failure to do so promptly may result in the dismissal of his case.

Therefore, the Court ORDERS Plaintiff to show cause, in writing, as to why the action should not be dismissed for lack of prosecution.  Any response must be filed within **seven (7) days** of this order.  In lieu of filing a response, Plaintiff may file his First Amended Complaint.  Failure to respond will result in the immediate dismissal of this action.

Initials of Deputy Clerk: kd