FILED

Jasen Cheatham
300 N Beaudry Ave #5003
Los Angeles, CA 90012
(323)434-7845
Jaycheat323@yahoo.com

2026 JUN 12  AM 10: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASEN CHEATHAM,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

Case No.: 2:25-cv-11504-JLS-DFM

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF  (Fair Credit Reporting Act – 15 U.S.C. §1681 et seq.)

JURY TRIAL DEMANDED

I. PARTIES

1.    Plaintiff Jasen Cheatham is a natural person residing in Los Angeles, California.

2.    Defendant Equifax Information Services LLC ("Equifax") is a consumer reporting agency within the meaning of 15 U.S.C. §1681a(f).

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (FAIR CREDIT REPORTING ACT -- 15 U.S.C. §1681 ET SEQ.)JURY TRIAL DEMANDED - 1

## II. JURISDICTION AND VENUE

3.      This Court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C. §1331.

4.      Venue is proper under 28 U.S.C. §1391 because Plaintiff resides in this District and the events giving rise to these claims occurred here.

## III. FACTUAL ALLEGATIONS

5.      Plaintiff is a victim of identity theft, as evidenced by an FTC Identity Theft Report (Exhibit B).

6.      Multiple fraudulent accounts were reported on Plaintiff's Equifax credit report, including accounts associated with Citi Cards and JPMCB.

7.      Plaintiff did not open, authorize, or benefit from these accounts.

8.      Plaintiff submitted disputes to Equifax, including identity theft documentation and supporting evidence.

9.      Equifax failed to block the fraudulent accounts within four business days as required under 15 U.S.C. §1681c-2.

10.     Equifax conducted superficial reinvestigations and continued reporting the fraudulent accounts.

11.     Equifax relied solely on furnishers and failed to independently verify the accuracy of the disputed information.

12.     Equifax refused to provide a proper Method of Verification ("MOV").

13.     Plaintiff submitted multiple complaints to the Consumer Financial Protection Bureau, placing Equifax on actual notice of the inaccuracies.

14.     Despite repeated notice, Equifax continued reporting inaccurate and fraudulent information.

15.     As a direct result, Plaintiff suffered credit denials, financial harm, and emotional distress (see Exhibits C and D).

## IV. CAUSES OF ACTION

### COUNT I – FAILURE TO CONDUCT REASONABLE REINVESTIGATION (15 U.S.C. §1681i)

16.     Plaintiff incorporates all prior paragraphs.

17.     Plaintiff notified Equifax of disputed information.

18.     The disputed information was inaccurate.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (FAIR CREDIT REPORTING ACT – 15 U.S.C. §1681 ET SEQ.)JURY TRIAL DEMANDED - 2

19. Equifax failed to conduct a reasonable reinvestigation.

20. Equifax relied solely on furnishers without independent verification.

21. Equifax failed to review all relevant information provided.

22. Equifax continued reporting inaccurate information.

23. Plaintiff suffered damages as a direct result.

Case Law: Cushman v. Trans Union Corp., 115 F.3d 220 (3d Cir. 1997). Dennis v. BEH-1, LLC, 520 F.3d 1066 (9th Cir. 2008).

COUNT II – FAILURE TO FOLLOW REASONABLE PROCEDURES (15 U.S.C. §1681e(b))

24. Equifax had a duty to assure maximum possible accuracy.

25. Equifax reported false information.

26. Equifax failed to follow reasonable procedures.

27. Plaintiff suffered damages.

Case Law: Guimond v. Trans Union Corp., 45 F.3d 1329 (9th Cir. 1995).

COUNT III – FAILURE TO BLOCK IDENTITY THEFT INFORMATION (15 U.S.C. §1681c-2)

28. Plaintiff submitted a valid identity theft report.

29. Equifax was required to block the information within four business days.

30. Equifax failed to do so.

31. Equifax continued reporting fraudulent accounts.

32. Plaintiff suffered damages.

COUNT IV – WILLFUL NONCOMPLIANCE (15 U.S.C. §1681n)

33. Equifax knowingly and/or recklessly violated the FCRA.

34. Equifax had actual notice through disputes and CFPB complaints.

35. Equifax continued reporting inaccurate information despite such notice.

Case Law: Safeco Ins. Co. v. Burr, 551 U.S. 47 (2007).

COUNT V – NEGLIGENT NONCOMPLIANCE (15 U.S.C. §1681o)

36. Equifax acted negligently in failing to comply with the FCRA.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (FAIR CREDIT REPORTING ACT – 15 U.S.C. §1681 ET SEQ.)JURY TRIAL DEMANDED - 3

37. Plaintiff suffered actual damages.

V. DAMAGES

38. Plaintiff suffered:
- Credit denials exceeding $100,000
- Loss of financial opportunities
- Emotional distress supported by medical documentation
- Reputational harm

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
1. Award actual damages;
2. Award statutory damages;
3. Award punitive damages;
4. Order deletion of all inaccurate accounts;
5. Award costs and fees;
6. Grant any further relief the Court deems just and proper.

DATED: 5/6/26

Respectfully submitted,

Jasen Cheatham  Plaintiff, Pro Se

VII. EXHIBITS

Exhibit A – Equifax Refusal Letter

Exhibit B – FTC Identity Theft Report

Exhibit C – Medical Documentation

Exhibit D – CFPB Complaints

Exhibit E – Loan Denials

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (FAIR CREDIT REPORTING ACT – 15 U.S.C. §1681 ET SEQ.)JURY TRIAL DEMANDED - 4

Exhibit A

JASEN CHEATHAM
300 N BEAUDRY AVE APT 5003
LOS ANGELES, CA 90012-3470

November 10, 2025

Hi JASEN CHEATHAM,

We received your recent dispute correspondence on the following item(s) on your Equifax credit report:

CITICARDS CBNA *6995

CITICARDS CBNA *3595

Our records show that you have already disputed the item(s) above at least twice within the last 90 days. This disputed information was verified as accurate and we have not received new relevant information to support this dispute. Therefore, we consider this new dispute frivolous and will not research this dispute.

To dispute the item(s) above, please provide new relevant information to support your dispute. You can provide new relevant information and initiate a dispute by calling us at the number listed below, submitting new relevant information or documents through our online dispute process at myequifax.com, or mailing new relevant information or documentation to:

Equifax
P.O. Box 105888
Atlanta, GA 30348

If you already submitted new relevant information for this dispute before you received this letter, you do not need to resend it unless we request it.
Please note that you have the right to add a consumer statement to your credit file, which could serve as an explanation of any information in dispute. The consumer statement can be up to 100 words, and will be provided to anyone that accesses your Equifax credit report. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time by calling us at the number listed below or by mailing a written statement to us at the above address.

In addition, we want to make sure you understand your right to have your concerns regarding your Equifax credit report researched free of charge. It is not necessary for you to pay to have someone help you obtain a copy of your credit report or research any items that you question in your file.

If you have any questions, please contact us toll-free at **888-EQUIFAX** (888-378-4329) or visit equifax.com/personal/credit-report-services/.

Equifax

000003606-FLT

5313536441-PD5-0f7e011200000621-11102025

Exhibit B